Name: Wesley S. Randolph III
Address: P.O. Box 27545
Oakland, CA 94602
Phone Number: (510) 407-1311
E-mail Address: WesleyRandolphiii@yahoo.com
Pro Se

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY S. RANDOLPH III<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT<br><br>Defendant. | Case Number: CV 13-2825 DMR<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: August 1, 2013

_____
United States District/Magistrate Judge