1  Name: Wesley S. Randolph III
2  Address: P.O. Box 27545
   Oakland, CA 94602
3  Phone Number: (510) 407-1311
4  E-mail Address: WesleyRandolphiii@yahoo.com
5  Pro Se

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY S. RANDOLPH III | Case Number: CV 13-2825 DMR |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING |
| vs. | DATE: |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT | TIME:<br>COURTROOM:<br>JUDGE: |
| Defendant. | |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

Plaintiff is granted permission to file electronically in this case only.

IT IS SO ORDERED.

DATED: August 1, 2013

_____
United States District/Magistrate Judge